# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>NAGI AHMED ALI, doing business as A & M MARKET,<br><br>        Defendant. | **Case No. 1:17-cv-00020-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 5) |

On February 6, 2017, Plaintiff filed a notice dismissing this action with prejudice. (ECF No. 5.) In light of the dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **February 7, 2017**           /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

1